**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7111**

———————

WARWICK HARRELL,

                                    Plaintiff - Appellant,

        versus

HELEN F. FAHEY, Chairwoman for the Virginia
Parole Board,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (CA-04-379-2)

———————

Submitted:  October 14, 2004        Decided:  October 22, 2004

———————

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Warwick Harrell, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Warwick Harrell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. See Harrell v. Fahey, No. CA-04-379-2 (E.D. Va. filed June 29, 2004; entered June 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED